# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV162

| | |
|---|---|
| TOWNECRAFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AQUAKLEEN PRODUCTS, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **December 5, 2006** prepared to summarize the status of this case and to argue the pending motions: "Defendant's Motion to Dismiss" (Document No. 7); "Defendant's Amended Motion to Dismiss" (Document No. 24); and "Motion of Aquapro Sales & Marketing, Inc. To Dismiss For Forum Non-Conveniens" (Document No. 36). The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and these motions are ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **December 5, 2006** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: November 6, 2006

_____
David C. Keesler
United States Magistrate Judge